```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANICE MASON, THOMAS MURRAY, RAFAEL
SENCION, G.L. TYLER and ELBA SERRANO,

                               Plaintiffs,

        -against-

DISTRICT COUNCIL 1707, AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES
(DC 1707, AFSCME), and AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES, as
Administrator of DC 1707 AFSCME,

                               Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**21-CV-9382 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A settlement conference in this matter is scheduled for **Wednesday, February 14, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The Parties must attend in-person with their counsel.  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **Wednesday, February 7, 2024**.

      SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge