USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JANICE MASON, THOMAS MURRAY, RAFAEL SENCION, G.L. TYLER and ELBA SERRANO,

                              Plaintiffs,

    -against-

DISTRICT COUNCIL 1707, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (DC 1707, AFSCME), and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, as Administrator of DC 1707 AFSCME,

                              Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

21-CV-9382 (VSB)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference utilizing Judge Parker's Microsoft Teams teleconference line will be held on **Tuesday, February 20, 2024 at 10:00 a.m.** Counsel for the parties will be sent call in information by Judge Parker's chambers prior to the scheduled conference date.

      SO ORDERED.

Dated: February 15, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge