UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JANICE MASON, THOMAS MURRAY, :
RAFAEL SENCION, G.L. TYLER and ELBA :
SERRANO, :
:
                    Plaintiffs, :
:
    - against - :
:
: 21-CV-9382 (VSB)
:
DISTRICT COUNCIL 1707, AMERICAN :
FEDERATION OF STATE, COUNTY AND : **ORDER**
MUNICIPAL EMPLOYEES; and :
AMERICAN FEDERATION OF STATE, :
COUNTY AND MUNICIPAL EMPLOYEES, :
AS ADMINISTRATOR OF DISTRICT :
COUNCIL 1707, AMERICAN FEDERATION:
OF STATE, COUNTY, AND MUNICIPAL :
EMPLOYEES, :
:
                    Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 23, 2024
      New York, New York

                                                           Vernon S. Broderick
                                                          United States District Judge